UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | |
| Ronald Davis (13), | | 14-cr-50 |
| Wallace Boston (17), | : | |
| Kimberly Spellman (18), | | |
| Rashada Allen (19), | : | **ORDER OF REASSIGNMENT** |
| | : | |
| Defendants. | : | |

- - - - - - - - - - -

It is on this 7th day of January, 2015 on the court's own motion:

ORDERED that the Group III defendants, Ronald Davis, Wallace Boston, Kimberly Spellman and Rashada Allen are hereby reassigned from JUDGE JOSEPH E. IRENAS to JUDGE NOEL L. HILLMAN.

                                      s/ Jerome B. Simandle
                                      **JEROME B. SIMANDLE, CHIEF JUDGE**